FIRST DEPARTMENT, OCTOBER, 1963

(October 1, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DIANNE HODES, Respondent, v. BERNARD S. HODES, Appellant.— Order, entered on August 14, 1963, granting custody of Jeffrey Scott Hodes, an infant, to relator-respondent, subject to the visitation rights of respondent-appellant set forth in said order, is unanimously modified, on the law and on the facts, to the extent of providing that only the Wednesday visits shall be restricted to relator-respondent's home, and, as so modified, said order is affirmed, without costs. Special Term's disposition of the main issue appears to us well considered, and we believe the modification above directed will help obviate foreseeable difficulties. We have considered relator-respondent's suggestion regarding the visitation provisions, but are not persuaded that the order in this respect requires modification unless experience indicates that her apprehensions are well grounded. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ RUSSELL CARTER, Respondent, v. JOHNSON PUBLISHING CO., INC., Appellant.— Judgment unanimously reversed on the law and on the facts and a new trial ordered, unless the plaintff-respondent shall stipulate to accept the sum of $7,500, in which event the judgment as modified is affirmed, without costs. In this action in libel the jury returned a verdict in favor of plaintiff-respondent and against defendant-appellant in the sum of $52,500, consisting of $22,500 compensatory damages and $30,000 punitive damages. The court, on motion of defendant, entered an order reducing damages to $7,500, compensatory, and $12,500 punitive. In our view, the sum even as reduced is excessive. Although this was libel per se, on this record the compensatory damages do not exceed $2,500 and the punitive damages $5,000. Settle order on notice. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of ELIAS ARONSON, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Rabin and Steuer, JJ.